■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD NORWOOD, Also Known as WILLIE BUNCH, Appellant. [751 NYS2d 406] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 29, 2001 (*People v Norwood,* 279 AD2d 638), affirming a judgment of the Supreme Court, Kings County, rendered July 6, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Altman, H. Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE PEREZ, Appellant. [751 NYS2d 386] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered March 6, 2000, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Florio, J.P., O'Brien, Friedmann, Adams and Crane, JJ., concur.